1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JULIET B. HALEY, State Bar No. 162823
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5960
    Fax:  (415) 703-1234
8   Email:  Juliet.Haley@doj.ca.gov

9  Attorneys for Respondent

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14
   | **ANDREW CLAYTON,** | C 08-01542 MHP |
   |---|---|
15 
   |                     Petitioner, | **APPLICATION FOR** |
16 |  | **ENLARGEMENT OF TIME** |
   |           v. | |
17 
   | **DERRAL G. ADAMS, Warden, Corcoran State** | |
18 | **Prison,** | |
   
19 |                     Respondent. | |

20

21       Pursuant to Civil L.R. 7-8 and 7-11, respondent requests a 60-day enlargement of time,

22  to and including October 13, 2008, within which to file an answer or other responsive pleading to

23  the petition for writ of habeas corpus and provide the relevant state record, as required by the

24  Court's Order to Show Cause.  The application is based on the file in this case and the attached

25  declaration of Juliet B. Haley.  Respondent has not made any previous request.

26  ///

27  ///

28

Application For Enlargement Of Time - *Clayton v. Adams* - C 08-01542 MHP
                                      1

1       Dated: August 14, 2008

2                            Respectfully submitted,

3                            EDMUND G. BROWN JR.
                              Attorney General of the State of California

4                            DANE R. GILLETTE
                              Chief Assistant Attorney General

5

                           GERALD A. ENGLER
6                            Senior Assistant Attorney General

                           PEGGY S. RUFFRA
7                            Supervising Deputy Attorney General

8

9                            /s/ Juliet B. Haley

10

                           JULIET B. HALEY
11                            Deputy Attorney General
                              Attorneys for Respondent

12
   JBH:jw

13
   20131801.wpd
14  SF2008200426

Application For Enlargement Of Time - *Clayton v. Adams* - C 08-01542 MHP

2

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JULIET B. HALEY, State Bar No. 162823
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5960
    Fax:  (415) 703-1234
8   Email:  Juliet.Haley@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW CLAYTON,** | C 08-01542 MHP |
| Petitioner, | **DECLARATION OF JULIET HALEY IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| **DERRAL G. ADAMS, Warden, Corcoran State Prison,** | |
| Respondent. | |

I am the California Deputy Attorney General assigned to handle the above-captioned case. Respondent's Answer was due on or about July 6, 2008. I have not previously requested any enlargements of time in this case.

I request an additional 60 days to file an Answer or other responsive pleading for the following reason: As far as I am aware, the Attorney General's Office was not served with a copy of the Court's Order to Show Cause. My office learned of the order from opposing counsel on August 8, 2008. In response, the case was sent out for assignment. The deputy who handled the case in state court was not available. Thus it was assigned to me on August 13, 2008.

Declaration Of Juliet Haley In Support Of Application For Enlargement Of Time - *Clayton v. Adams* - C 08-01542 MHP

1

1  I will not be able to work on this case until I complete and file several other previously
2  assigned cases. I have contacted opposing counsel David McNeil Morse and he has no objection
3  to this request for extension of time.
4  For the above-state reasons, I respectfully request that the Court grant Respondent sixty
5  days (60), to and including October 13, 2008, in which to file an Respondent's Answer or other
6  responsive pleading.
7  I declare under penalty of perjury that the foregoing is true and correct.
8  Executed this 14 of August, 2008, in San Francisco.

/s/ Juliet B. Haley
_____

JULIET B. HALEY
Deputy Attorney General
Attorney for Respondent

20131806.wpd
SF2008200426

Declaration Of Juliet Haley In Support Of Application For Enlargement Of Time - *Clayton v. Adams* - C 08-01542 MHP

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW CLAYTON,** <br><br> Petitioner, <br><br> v. <br><br> **DERRAL G. ADAMS, Warden, Corcoran State Prison,** <br><br> Respondent. | C 08-01542 MHP <br><br> **[PROPOSED] ORDER** |

GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including October 13, 2008.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer.

Dated: _____    _____
The Honorable Marilyn H. Patel

[Proposed] Order - *Clayton v. Adams* - Case No. C 08-01542 MHP

1