IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW CLAYTON,** | C 08-01542 MHP |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **DERRAL G. ADAMS, Warden, Corcoran State Prison,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including October 13, 2008.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer.

Dated: 8/19/2008

The Ho[norable]

IT IS SO ORDERED

Judge Marilyn H. Patel

[Proposed] Order - *Clayton v. Adams* - Case No. C 08-01542 MHP

1